**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 964**

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGE BUCKLO** |
| ROBERT O'HARA, | ) | **MAGISTRATE JUDGE SCHENKIER** |
| | ) | (formerly No. 2008 L 064003 in the |
| Defendant. | ) | Circuit Court of Cook County, Illinois) |

## NOTICE OF REMOVAL

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby removes this action from Illinois state court pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), and in support thereof states as follows:

1. Attached hereto as Exhibit A are copies of a summons and complaint received by defendant Dr. Robert O'Hara, in the above-captioned case, filed in the Circuit Court of Cook County, Illinois. The complaint alleges that Dr. O'Hara committed an assault and battery of plaintiff while they were both working at the Hines VA Medical Center located in Hines, Illinois.

2. Attached hereto as Exhibit B is a certification by the Attorney General's designee, in accordance with 28 C.F.R. § 15.3, certifying that Dr. O'Hara was a federal employee acting within the scope of his employment at the time of the incidents alleged in the complaint.

3. This action is properly removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action against an officer of the United States.

4. This action is properly removed pursuant to 28 U.S.C. § 2679(d)(2) because the Attorney General's designee has certified that Dr. O'Hara was a federal employee acting within the scope of his employment at the time of the incidents alleged in the complaint.

WHEREFORE, this action is properly removed from Illinois state court.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: s/ Samuel S. Miller
>SAMUEL S. MILLER
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 886-9083

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that he caused a copy of the following document:

**Notice of Removal**

to be served pursuant to the district court's ECF system and by *first-class* mail on the person(s) listed below, on February 15, 2008.

                                                s/ Samuel S. Miller
                                                SAMUEL S. MILLER
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 886-9083

Armand L. Andry
One South Dearborn, Suite 2100
Chicago, Illinois 60603

Dorothy Brown
Clerk of Circuit Court of Cook County
Richard J. Daley Center, Room 1001
50 West Washington Street
Chicago, Illinois 60602

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

(Name all parties)

KAREN D. FIELDS

2008L064003
CALENDAR/ROOM L
TIME 00:00
Tort - Intentional

v.

No. _____

ROBERT O'HARA, 303 S. Humphrey, Oak Park, Il. 60302

**12-MAN JURY**

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows      ☒ District 4 - Maywood
  5600 Old Orchard Rd.            2121 Euclid                         1500 Maybrook Ave.
  Skokie, IL 60077                Rolling Meadows, IL 60008           Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham              ☐ Child Support
  10220 S. 76th Ave.              16501 S. Kedzie Pkwy.               28 North Clark St., Room 200
  Bridgeview, IL 60455            Markham, IL 60426                   Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

DOROTHY BROWN  JAN 15 2008

Atty. No.: 50528
Name: Armand L. Andry & Associates
Atty. for: Plaintiff
Address: One South Dearborn, Suite 2100
City/State/Zip: Chicago, Illinois 60603
Telephone: 773/626-3058

WITNESS, _____

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 773/ 626-3061
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | 2008L064003 |
| | ) | CALENDAR/ROOM L |
| Plaintiff, | ) | TIME 00:00 |
| | ) Case No. _____ | Tort - Intentional |
| v. | ) | |
| | ) ASSAULT, BATTERY | |
| ROBERT O'HARA, | ) OVER $10,000.00 | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES THE PLAINTIFF, KAREN D. FIELDS, through her attorney, Armand L. Andry, and complaining of Defendant, ROBERT O'HARA, would state the following:

*12-MAN JURY*

## FACTS

1. Plaintiff is a Resident Of Maywood, Illinois and is employed as a Healthcare Technician at the Edward Hines VA medical Center, 5000 S. 5th Avenue, Hines, Illinois ("Hines VAMC"), a position she has held since March of 2003.

2. Defendant Robert O'Hara is a medical doctor and is the Chief of Informatics, Staff Neurologist, and Acting Associate Chief of the Spinal Cord Injury (SCI) clinic, at the Hines VAMC.

3. On January 22, 2007, Plaintiff was working in the SCI clinic.

4. On January 22, 2007, Dr. O'Hara entered an office where Plaintiff was working.

5. Defendant O'Hara entered in a disruptive and obscene manner, shouted at Plaintiff and rushed toward Plaintiff in a forceful and threatening way loudly issuing profanities at Plaintiff.

6. Defendant O'Hara spit on Plaintiff and bumped into Plaintiff and prevented her

1

from leaving the office where she was working.

7. Plaintiff told Defendant O'Hara that he was too close to her and that she had to leve to use the washroom but Defendant O'Hara refused to move and told Plaintiff, "Sit down and shut up."

8. At some point Defendant O'Hara glanced down to see if Plaintiff had wet herself and Plaintiff was able to escape.

9. Plaintiff felt emotionally hurt, scared, violated, nervous and panicky and was sent home by the administration.

10. Plaintiff filed a report against Defendant O'Hara with the Hines Police Department.

11. Plaintiff had to undergo psychological treatment as a result of Defendant O'Hara's actions.

## COUNT ONE – BATTERY

12. Plaintiff repeats and realleges as paragraph 12 of her complaint paragraphs 1-11 above.

13. Defendant O'Hara, made derogatory, insulting and provoking physical contact with Plaintiff without her consent and against her will.

14. Defendant O'Hara, acted intentionally and maliciously against Plaintiff.

15. The actions of Defendant O'Hara, caused injury to Plaintiff.

16. Plaintiff was damaged by the actions of Defendant O'Hara in amounts to be proven at trial but in excess of $10,000.00.

WHEREFORE, Plaintiff prays for judgment including compensatory and punitive damages against Defendant O'Hara in amounts to be proven at trial for reasonable attorney's fees and costs and such other relief as the court deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY.

2

## COUNT TWO – ASSAULT

17. Plaintiff repeats and realleges as paragraph 17 of her complaint paragraphs 1-11 above.

18. Defendant O'Hara's actions placed Plaintiff in reasonable apprehension that she was to be battered without her consent and against her will.

19. Defendant O'Hara, acted intentionally and maliciously against Plaintiff.

20. The actions of Defendant O'Hara, caused injury to Plaintiff.

21. Plaintiff was damaged by the actions of Defendant O'Hara in amounts to be proven at trial but in excess of $10,000.00.

WHEREFORE, Plaintiff prays for judgment including compensatory and punitive damages against Defendant O'Hara in amounts to be proven at trial for reasonable attorney's fees and costs and such other relief as the court deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY.

## COUNT THREE – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. Plaintiff repeats and realleges as paragraph 22 of her complaint paragraphs 1-21 above.

23. Defendant O'Hara, engaged in extreme and outrageous conduct against Plaintiff without her consent and against her will.

24. Defendant O'Hara's actions caused Plaintiff to suffer extreme emotional distress.

25. Defendant O'Hara, acted intentionally and maliciously against Plaintiff.

26. The actions of Defendant O'Hara, caused injury to Plaintiff.

27. Plaintiff was damaged by the actions of Defendant O'Hara in amounts to be proven at trial.

3

WHEREFORE, Plaintiff prays for judgment including compensatory and punitive damages against Defendant O'Hara in amounts to be proven at trial for reasonable attorney's fees and costs and such other relief as the court deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully Submitted,

Attorney for Plaintiff

ARMAND L. ANDRY
Attorney for Plaintiff
One South Dearborn
Suite 2100
Chicago, Illinois 60603
773/26-3058

4

TOTAL P.08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT O'HARA, | ) | |
| | ) | (formerly No. 2008 L 064003 in the |
| Defendant. | ) | Circuit Court of Cook County, Illinois) |

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.3 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in this action and that on the basis of the information now available with respect to the incident referred to therein, I certify that the individual defendant Robert O'Hara was acting within the scope of his employment as an employee of the United States at the time of the incident out of which the claim(s) arose.

Dated: February 14, 2008

*Thomas Walsh*
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
Northern District of Illinois

EXHIBIT B