UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| ROBERT O'HARA, | ) | (formerly No. 2008 L 064003 in the Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE UNITED STATES FOR ROBERT O'HARA AS SOLE DEFENDANT

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to substitute itself for defendant Robert O'Hara pursuant to 28 U.S.C. § 2679(d)(2), and in support thereof states as follows:

1. Plaintiff Karen Fields originally filed this action in Illinois state court. In her complaint, Fields alleges that she is employed by the Department of Veterans Affairs (the VA) as a healthcare technician, that defendant Robert O'Hara is employed by the VA as a medical doctor, and that O'Hara committed an assault and battery of Fields while they were both working at the VA Medical Center located in Hines, Illinois (the Hines VA Medical Center).

2. On February 15, 2008, the United States removed this action from state court. In accordance with 28 U.S.C. § 2679(d)(2) and 28 C.F.R. § 15.3, the notice of removal was accompanied by a certification by the Attorney General's designee certifying that O'Hara was a federal employee acting within the scope of his employment at the time of the incidents alleged in the complaint.

3. Because the United States has certified that O'Hara was a federal employee acting within the scope of his employment, the United States now moves to substitute itself for O'Hara as the sole defendant in this action.  28 U.S.C. § 2679(d)(2) (upon certification by the Attorney General that an individual defendant was acting within the scope of his federal employment, the United States shall be substituted as the party defendant); *see also* 28 U.S.C. §§ 1346(b) and 2679(b)(1) (a civil action against the United States under the Federal Tort Claims Act is the exclusive remedy for injuries caused by the alleged negligent or wrongful acts or omissions of a federal employee acting within the scope of his employment); *Ezekiel v. Michel*, 66 F.3d 894, 897 n. 5 (7th Cir. 1995) (a federal employee acting within the scope of his employment is immune from suit for injuries caused by allegedly negligent or wrongful acts or omissions).

 WHEREFORE, the United States respectfully requests that the United States be substituted for Robert O'Hara as the sole defendant in this action.