UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| ROBERT O'HARA, | ) | (formerly No. 2008 L 064003 in the |
| | ) | Circuit Court of Cook County, Illinois) |
| Defendant. | ) | |

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that on March 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion to Substitute United States for Robert O'Hara as Sole Defendant**, at which time and place you may appear, as you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel S. Miller
    SAMUEL S. MILLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9083