# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 964 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Fields vs. O'Hara | | |

**DOCKET ENTRY TEXT**

United States' motion to substitute United States for Robert O'Hara as sole defendant is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:08-cv-00964    Document 5    Filed 03/04/2008    Page 1 of 1

08C964 Fields vs. O'Hara                                                                                                          Page 1 of 1