UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Karen Fields
                    Plaintiff,
v.                                      Case No.: 1:08−cv−00964
                                        Honorable Elaine E. Bucklo
Robert O'Hara, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Scheduling Conference set for 4/10/2008 at 09:30 AM. At least three days prior to the conference, the parties shall meet and electronically file a report in the form found on Judge Bucklo's web page under Report of Parties' Planning Meeting.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.