UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (formerly No. 2008 L 064003 in the Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendant. | ) | |

**Report of Parties Planning Meeting**

1.  **Meeting.**  Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on April 4, 2008, and was attended by:

    Armand L. Andry, representing plaintiff, Karen D. Fields

    Samuel S. Miller, Assistant U.S. Attorney, representing defendant, United States

2.  **Pre-trial Schedule.**  The parties jointly propose to the court the following discovery plan:

    The United States contends that no discovery is necessary because plaintiff has failed to exhaust her administrative remedies under the Federal Tort Claims Act (FTCA) as required by 28 U.S.C. § 2675(a), and because plaintiff's claims are barred by the assault and battery exception to the FTCA, 28 U.S.C. § 2680(h).  The United States anticipates filing a motion to dismiss on these grounds and requests that discovery be stayed until after the court has ruled on the United States' motion.

    Plaintiff contends that she did not file the case as a federal tort claims act but as a case against Dr. Robert O'Hara as an individual, and that defendant, who removed the case based on jurisdiction of the court, now seeks to argue there is no jurisidction.  If that is true Plaintiff asserts that the case should be remanded back to State court.

If the court wishes to set a discovery schedule at this time, the parties propose as follows:

a. Discovery will be needed on the following subjects:

Plaintiff's interaction with VA employee Dr. Robert O'Hara on January 22, 2007; the duties and responsibilities of plaintiff and Dr. O'Hara at the Hines VA Medical Center; and plaintiff's alleged damages.

b. Disclosures pursuant to Pursuant to Fed. R. Civ. P. 26(a)(1) to be made by June 9, 2008. All discovery to be commenced in time to be completed by December 8, 2008.

c. The parties expect they will need approximately four depositions.

d. Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff by October 20, 2008

    from defendant by November 17, 2008

e. All potentially dispositive motions should be filed by February 9, 2009.

[Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

f. Final pretrial order: Plaintiff to prepare proposed draft by March 30, 2009; parties to file joint final pretrial order by April 13, 2009.

g. The case should be ready for trial by June 1, 2009, and at this time is expected to take approximately 3 days.

3. **Settlement**. At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference defendant is to respond in writing to the plaintiff's settlement demand.

4. **Consent**. The parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: April 7, 2008

                                      Respectfully submitted,

For Plaintiff, Karen D. Fields:        For Defendant, United States:

                                      PATRICK J. FITZGERALD
                                      United States Attorney

s/ Armand L. Andry                By: s/ Samuel S. Miller
ARMAND L. ANDRY                 SAMUEL S. MILLER
One South Dearborn, Suite 2100     Assistant United States Attorney
Chicago, Illinois 60603               219 South Dearborn Street
(773) 626-3058                        Chicago, Illinois 60604
armandandry@hotmail.com         (312) 886-9083
                                      samuel.s.miller@usdoj.gov