UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Karen Fields
                                   Plaintiff,
v.                                                    Case No.: 1:08−cv−00964
                                                      Honorable Elaine E. Bucklo
United States of America, et al.
                                   Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 10, 2008:


    MINUTE entry before Judge Honorable Elaine E. Bucklo:Scheduling conference held on 4/10/2008and the court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 10/20/08. Defendant shall comply with FRCP(26)(a)(2) by 11/17/08. Status hearing set for 5/21/2008 at 09:30 AM. Discovery ordered closed by 12/8/2008., Dispositive motions with supporting memoranda due by 2/9/2009. Pretrial Order due by 4/13/2009. Defendant's proposed motion to dismiss due by 4/24/08; response by 5/8/08; and any reply by 5/15/08. Ruling will be made at the next status.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.