UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN D. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (formerly No. 2008 L 064003 in the |
| | ) | Circuit Court of Cook County, Illinois) |
| Defendant. | ) | |

**REPLY IN SUPPORT OF**
**UNITED STATES' MOTION TO DISMISS**

On April 24, 2008, the United States moved to dismiss this action due to plaintiff's failure to exhaust administrative remedies under the Federal Tort Claims Act (FTCA), as required by 28 U.S.C. § 2675(a), and because plaintiff's claims are barred by the assault-and-battery exception to the FTCA, 28 U.S.C. § 2680(h).  Plaintiff's response to the United States' motion was due by May 8, 2008, but no response has been filed to date.  Accordingly, the United States requests that its motion to dismiss be granted, and that all remaining dates be stricken.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/  Samuel S. Miller
SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
samuel.s.miller@usdoj.gov