IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 00964 |
| ) | |
| ROBERT O'HARA, and R. JAMES ) | |
| NICHOLSON, Secretary, ) | |
| U.S. DEPARTMENT OF V.A. ) | Judge Elaine E. Bucklo |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES THE PLAINTIFF, DEBORAH DEAR, through her attorney, Armand L. Andry, and submits the following as her motion for leave to file her First Amended Complaint and in support thereof would state the following:

1. Defendant has filed a motion to dismiss based on a failure to comply with Federal Tort Claims Act requirements.

2. Plaintiff seeks to amend the complaint to allege causes of action not dependent on the Federal Tort Claims Act.  (See attached First Amended Complaint)

WHEREFPORE, Plaintiff seeks leave to file her First Amended Complaint.

                                                Respectfully submitted,
                                                /s/ *Armand L. Andry*
                                                Attorney for Plaintiff

ARMAND L. ANDRY
One South Dearborn, Suite 2100
Chicago, Illinois 60603
773/626-3058

1