IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 00964 |
| | ) |
| ROBERT O'HARA, and R. JAMES NICHOLSON, Secretary, U.S. DEPARTMENT OF V.A. | ) ) ) Judge Elaine E. Bucklo |
| | ) |
| Defendant. | ) |

## FIRST AMENDED COMPLAINT

NOW COMES THE PLAINTIFF, KAREN FIELDS, through her attorney, ARMAND L. ANDRY, and complaining of Defendants, ROBERT O'HARA and R. JAMES NICHOLSON, Secretary, United States Department of Veterans Affairs, would submit the following as her First Amended Complaint:

## JURISDICTION

1. This is an action by an African-American employee of the United States Department of Veterans Affairs (V.A.). This action arises under the Equal Employment Opportunity Act of 1972 amending the Civil rights Act of 1964, as further amended by the Civil rights Act of 1991 and Bivens v. Six Unknown Narcotics Agents, 403 U.S. 388 (1971). This court has jurisdiction under 28 U.S.C. 1331, 1337 and 1343, and 42 U.S.C. 2000e-16 and the Fourteenth Amendment to the United States Constitution, in that the claims involved violation of federally protected rights and charges of discrimination and retaliation. All administrative procedures have been exhausted.

## PARTIES

2. Plaintiff, KAREN FIELDS, is a federal employee who has been employed as a Licensed Practical Nurse (LPN) employed since 1985 by the U. S. Department of Veterans Affairs, (V.A.).

1

3. Defendant ROBERT O'HARA, is a federal employee who has been employed as a doctor for the United States Department of Veterans Affairs.

4. Defendant, R. JAMES NICHOLSON, is the Secretary of the United States, Department of Veterans Affairs, and is the Official charged with the administration of all laws relating to the employment of officers and employees in and under the jurisdiction of the V. A.

## ADMINISTRATIVE ACTION

5. Plaintiff filed a complaint of discrimination and retaliation based on her being subjected to a hostile work environment and generally being treated differently because of her race and in retaliation for exercising her right to oppose discrimination under case number 200J-0578-2007100997. Plaintiff received a final agency decision dated March 27, 2008 advising her she had 90 days from the date of receipt of the decision to file in the U.S. District Court.

## FACTS

6. Plaintiff is employed as a Healthcare Technician at the Edward Hines VA medical Center, 5000 S. 5th Avenue, Hines, Illinois ("Hines VAMC"), a position she has held since March of 2003.

7. Defendant Robert O'Hara is a medical doctor and is the Chief of Informatics, Staff Neurologist, and Acting Associate Chief of the Spinal Cord Injury (SCI) clinic, at the Hines VAMC.

8. On January 22, 2007, Plaintiff was working in the SCI clinic.

9. On January 22, 2007, Dr. O'Hara entered an office where Plaintiff was

working.

10. Defendant O'Hara entered in a disruptive and obscene manner, shouted at Plaintiff and rushed toward Plaintiff in a forceful and threatening way loudly issuing profanities at Plaintiff.

11. Defendant O'Hara spit on Plaintiff and bumped into Plaintiff and prevented her from leaving the office where she was working.

12. Plaintiff told Defendant O'Hara that he was too close to her and that she had to leave to use the washroom but Defendant O'Hara refused to move and told Plaintiff, "Sit down and shut up."

13. At some point Defendant O'Hara glanced down to see if Plaintiff had wet herself and Plaintiff was able to escape.

14. Plaintiff felt emotionally hurt, scared, violated, nervous and panicky and was sent home by the administration.

15. Plaintiff filed a report against Defendant. O'Hara with the Hines Police Department.

16. Plaintiff had to undergo psychological treatment as a result of Defendant O'Hara's actions.

**COUNT ONE -VIOLATION OF TITLE VII – 42 U.S.C. 2000E-16**

17. Plaintiff repeats and realleges as paragraph 17 of her first amended complaint, paragraphs 1-16 above.

18. The Equal Employment Opportunity Act and the Civil Rights Act of 1991, make it an unlawful employment practice to treat employees differently because of their race, or in reprisal or retaliation for engaging in protected activity in the terms and conditions of his employment or to subject an

employee to a hostile work environment because of her race, or in reprisal or retaliation for engaging in protected activity.

19. The Defendant, R. JAMES NICHOLSON, through his agents, has violated the abovementioned laws by treating Plaintiff differently because of her race, or in reprisal or retaliation for engaging in protected activity.

20. Plaintiff was thus denied her rights under the above Act.

21. Plaintiff was damaged in amounts to be proven at trial as a result of the violation of her rights.

WHEREFORE, Plaintiff prays for judgment in amounts to be proven at trial for reasonable attorney's fees and costs and such other relief as the court deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY.

## COUNT TWO –BIVENS ACTION

22. Plaintiff repeats and realleges as paragraph 12 of her complaint paragraphs 1-21 above.

23. Plaintiff has a constitutional right to Equal Protection under the Fourteenth Amendment to the United States Constitution and Bivens v. Six Unknown Narcotics Agents, 403 U.S. 388 (1971).

24. Defendant O'Hara, violated Plaintiff's constitutional rights by treating her differently than other employees who were not African American or female by subjecting her to derogatory, insulting and provoking physical contact with Plaintiff without her consent and against her will.

25. The actions of Defendant O'Hara, caused injury to Plaintiff.

26. Plaintiff was damaged by the actions of Defendant O'Hara in amounts to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against Defendant O'Hara in amounts to be proven at trial for reasonable attorney's fees and costs and such other relief as the court deems appropriate.

5

PLAINTIFF DEMANDS TRIAL BY JURY.

                                    Respectfully Submitted,

                                      _____
                                      Attorney for Plaintiff

ARMAND L. ANDRY
Attorney for Plaintiff
One South Dearborn Street, Suite 2100
Chicago, Illinois  60603
773/626-3058