IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN FIELDS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 00964 |
| | ) |
| ROBERT O'HARA, and R. JAMES NICHOLSON, Secretary, U.S. DEPARTMENT OF V.A. | ) ) ) Judge Elaine E. Bucklo |
| | ) |
|    Defendant. | ) |

### NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on at 9:00 a. m. on May 29, 2008, or as soon thereafter as counsel may be able I shall appear before the Honorable Judge Bucklo and present the attached Motion for leave to file first amended complaint in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois.

                                                         Respectfully submitted,

                                                         ___/s/ *Armand L. Andry*_____
                                                         Attorney for Plaintiff

ARMAND L. ANDRY
One South Dearborn, Suite 2100
Chicago, Illinois 60603
773/626-3058

### CERTIFICATE OF SERVICE

    I, Armand L. Andry, an attorney, certify that I served a copy of the foregoing notice and accompanying documents by filing a copy with the court's ECF system on May 19, 2008.

                                                         __/s/ *Armand L. Andry*____-