UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| ROBERT O'HARA and R. JAMES NICHOLSON, Secretary, U.S. Department of Veterans Affairs | ) ) ) | (formerly No. 2008 L 064003 in the Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION BY SECRETARY OF VETERANS AFFAIRS
FOR 35-DAY EXTENSION TO ANSWER OR OTHERWISE PLEAD**

R. James Nicholson, Secretary of Veterans Affairs (the VA), by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for an extension of 35 days, to and including August 1, 2008, for the VA and Robert O'Hara to answer or otherwise plead, and in support thereof states as follows:

1. Plaintiff's original complaint in this action alleged an assault and battery claim against VA employee Robert O'Hara. On March 4, 2008, the court granted the United States' motion to substitute itself as the sole defendant because O'Hara was a federal employee acting within the scope of his employment at the time of the incidents alleged in the complaint. On May 19, 2008, the court granted the United States' motion to dismiss this action because plaintiff failed to exhaust her administrative remedies under the Federal Tort Claims Act (FTCA), and because plaintiff's claims were barred by the assault-and-battery exception to the FTCA.

2. On May 28, 2008, the court granted plaintiff leave to file an amended complaint and set June 27 as the due date for a responsive pleading. In her amended complaint, plaintiff alleges

a new Title VII discrimination claim against the VA and a new *Bivens* claim against VA employee Robert O'Hara in his individual capacity.

3. The VA is currently working on its response to plaintiff's Title VII allegations, but needs more time because this is a new cause of action. In addition, O'Hara has requested legal representation from the Department of Justice due to plaintiff's new *Bivens* claim against him in his individual capacity. *See* 28 C.F.R. § 50.15 (setting forth procedures for a federal employee sued in his individual capacity to obtain representation by the Department of Justice). Because the Department of Justice has not yet acted on this request, the U.S. Attorney's Office is not permitted to represent O'Hara in his individual capacity except for the limited purpose of obtaining an extension of time to allow the request to be acted upon.

4. In light of these circumstances, the VA requests an extension of 35 days, to and including August 1, 2008, for the VA and O'Hara to file a responsive pleading. This is the first request for an extension by the VA in this action and has been agreed to by plaintiff's counsel.

WHEREFORE, R. James Nicholson, Secretary of Veterans Affairs, requests an extension of 35 days, to and including August 1, 2008, for the VA and Robert O'Hara to answer or otherwise plead.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel S. Miller
SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
samuel.s.miller@usdoj.gov