UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 964 |
| v. | ) | |
| | ) | Judge Bucklo |
| ROBERT O'HARA and R. JAMES | ) | |
| NICHOLSON, Secretary, U.S. Department of | ) | (formerly No. 2008 L 064003 in the |
| Veterans Affairs, | ) | Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on July 2, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion by Secretary of Veterans Affairs for 35-Day Extension to Answer or Otherwise Plead**, at which time and place you may appear, as you see fit.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                                       By:  s/ Samuel S. Miller
                                          SAMUEL S. MILLER
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 886-9083
                                          samuel.s.miller@usdoj.gov