UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 964 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| ROBERT O'HARA and JAMES B. PEAKE, | ) | (formerly No. 2008 L 064003 in the |
| Secretary, U.S. Department of Veterans | ) | Circuit Court of Cook County, Illinois) |
| Affairs | ) | |
| | ) | |
| Defendants. | ) | |

**ROBERT O'HARA MOTION FOR 28-DAY
EXTENSION TO ANSWER OR OTHERWISE PLEAD**

Robert O'Hara, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for an extension of 28 days, to and including August 29, 2008, to answer or otherwise plead, and in support thereof states as follows:

1. Plaintiff's amended complaint alleges a Title VII discrimination claim against James B. Peake, Secretary of Veterans Affairs (the VA) and a *Bivens* claim against VA employee Dr. Robert O'Hara.

2. The responsive pleadings of the VA and Dr. O'Hara are due by August 1, 2008, and the VA is filing its answer on that date.

3. Because plaintiff's *Bivens* claim against Dr. O'Hara is brought against him in his individual capacity, Dr. O'Hara is seeking legal representation from the Department of Justice. *See* 28 C.F.R. § 50.15 (setting forth procedures for a federal employee sued in his individual capacity to obtain representation by the Department of Justice). At present, Dr. O'Hara's request for representation has been submitted to the Department of Justice, but has not yet been acted upon.

4.      Prior to the Department of Justice completing its review of Dr. O'Hara's request, the U.S. Attorney's Office is not permitted to represent him in his individual capacity except for the limited purpose of obtaining an extension of time to allow the request to be acted upon. Accordingly, Dr. O'Hara requests an extension of 28 days to file his responsive pleading.

WHEREFORE, Robert O'Hara, requests an extension of 28 days, to and including August 29, 2008, to answer or otherwise plead.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel S. Miller
SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
samuel.s.miller@usdoj.gov