UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 964 |
| v. | ) | |
| | ) | Judge Bucklo |
| ROBERT O'HARA and JAMES B. PEAKE, | ) | |
| Secretary, U.S. Department of Veterans | ) | (formerly No. 2008 L 064003 in the |
| Affairs, | ) | Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on August 14, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Robert O'Hara Motion for 28-Day Extension to Answer or Otherwise Plead**, at which time and place you may appear, as you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel S. Miller
    SAMUEL S. MILLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9083
    samuel.s.miller@usdoj.gov