UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 964 |
| v. | ) | |
| | ) | Judge Bucklo |
| ROBERT O'HARA and JAMES B. PEAKE, | ) | |
| Secretary, U.S. Department of Veterans | ) | (formerly No. 2008 L 064003 in the |
| Affairs, | ) | Circuit Court of Cook County, Illinois) |
| | ) | |
| Defendants. | ) | |

**Report of Parties Planning Meeting**

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), the parties conferred on August 1, 2008, and were represented by:

    Armand L. Andry, representing plaintiff, Karen Fields

    Samuel S. Miller, Assistant U.S. Attorney, representing defendant James B. Peake, Secretary of Veterans Affairs[1]

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        i.  Whether the VA discriminated against plaintiff based on her race.

        ii. Whether the VA retaliated against plaintiff for complaining about discrimination.

        iii. The extent of the damages alleged by plaintiff.

    b.  Disclosures pursuant to Pursuant to Fed. R. Civ. P. 26(a)(1) to be made by September 24, 2008. All discovery to be commenced in time to be completed by March 24, 2009.

    c.  The parties expect they will need approximately four depositions.

---

[1] Defendant Robert O'Hara has submitted a request for representation to the Department of Justice and is currently waiting for the Department of Justice to act upon his request.

    d.    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff by February 20, 2009

        from defendant by March 13, 2009

    e.    All potentially dispositive motions should be filed by April 24, 2009.

[Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

    f.    Final pretrial order: Plaintiff to prepare proposed draft by May 29, 2009; parties to file joint final pretrial order by June 12, 2009.

    g.    The case should be ready for trial by July 13, 2009, and at this time is expected to take approximately 3 days.

3.    **Settlement**. At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference defendant is to respond in writing to the plaintiff's settlement demand.

4.    **Consent**. The parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: August 1, 2008

|  |  |
|---|---|
|  | Respectfully submitted, |
| For Plaintiff, Karen D. Fields: | For Defendant, James B. Peake, Secretary of Veterans Affairs: |
|  | PATRICK J. FITZGERALD<br>United States Attorney |
| s/ Armand L. Andry<br>ARMAND L. ANDRY<br>One South Dearborn, Suite 2100<br>Chicago, Illinois 60603<br>(773) 626-3058<br>armandandry@hotmail.com | By: s/ Samuel S. Miller<br>　　SAMUEL S. MILLER<br>　　Assistant United States Attorney<br>　　219 South Dearborn Street<br>　　Chicago, Illinois 60604<br>　　(312) 886-9083<br>　　samuel.s.miller@usdoj.gov |