**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Karen Fields

                  Plaintiff,

v.                                                    Case No.: 1:08−cv−00964
                                                              Honorable Elaine E. Bucklo

United States of America, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant Robert O'Hara's motion for extension of time [21] until 8/29/08 to answer or otherwise plead is granted. Status hearing held on 8/14/2008 and the court approved parties' propose scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 2/20/09. Defendant shall comply with FRCP(26)(a)(2) by 3/13/09. All discovery ordered closed by 3/24/2009. Dispositive motions with supporting memoranda due by 4/24/2009. Pretrial Order due by 6/12/2009. Status hearing set for 11/7/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.