UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FIELDS, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | No. 08 C 964 |
|       v. | ) | |
| | ) | Judge Bucklo |
| ROBERT O'HARA and JAMES B. PEAKE, | ) | |
| Secretary, U.S. Department of Veterans | ) | (formerly No. 2008 L 064003 in the |
| Affairs, | ) | Circuit Court of Cook County, Illinois) |
| | ) | |
|       Defendants. | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on September 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Robert O'Hara's Motion to Dismiss**, at which time and place you may appear, as you see fit.

                                           Respectfully submitted,

                                           PATRICK J. FITZGERALD
                                           United States Attorney

                                      By: s/ Samuel S. Miller
                                            SAMUEL S. MILLER
                                           Assistant United States Attorney
                                           219 South Dearborn Street
                                           Chicago, Illinois 60604
                                           (312) 886-9083
                                           samuel.s.miller@usdoj.gov