UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Karen Fields
                           Plaintiff,
v.                                          Case No.: 1:08−cv−00964
                                            Honorable Elaine E. Bucklo
United States of America, et al.
                           Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Set deadlines/hearing as to defendant's motion to dismiss[25] : Responses due by 9/29/2008. Replies due by 10/14/2008. Target date for ruling by mail set for 11/18/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.